# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2017

## NO. 03-17-00348-CR

**Joseph Frank Tooker, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgments of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. We affirm the trial court's judgment of conviction for possession of a controlled substance. However, there was error in the judgment of conviction for tampering with evidence that requires correction. Therefore, the Court modifies the trial court's judgment of conviction for tampering with evidence to reflect that the attorney for the State was Jessica Guy. The judgment of conviction for tampering with evidence, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.